Pro Se 14 (INND Rev. 2/20)

SCANNED at CIC and Emailed o\
1-9-23 by CC 13 pag\
(date)  (initials)  (num)

# UNITED STATES DISTRICT COURT
# Southern DISTRICT OF INDIANA

FILED
01/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Jake Lee Presley\
[You are the PLAINTIFF, print your full name on this line.]

v.

John Galipeau\
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number   1:23-cv-00065-TWP-TAB\
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | John Galipeau | 5501 South 1100 west Westville IN 46391 |
| 2 | Mr. Sonnenberg | 5501 South 1100 west westville, IN 46391 |
| 3 | Commissioner of IDOC Mrs Regal | 302 west Washington Ave Indianapolis IN 46204 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3
2. What is the name and address of your prison or jail? Westville Correctional facility 5501 South 1100 west, westville IN 46391
3. Did the event you are suing about happen there? ☒ Yes  ☐ No, it happened at: 8 center while in the shower at Westville Correctional facility
4. On what date did this event occur? 10/26/2021

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
　　DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
　　DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. While I was incarcerated at Westville Correctional Facility which Mr. Galipeau is the warden. While I was showering @ 4:35am the water temp spiked and became extremely hott. This hott water burnt and blistered my back/shoulder, and a couple spots on my hands. In some places the skin was burnt to the muscle and once this happened I alerted the guard on my floor, he instantly called the Lt., he come up to get me, he walked me to the complex director's office Mr. Sonnenberg and Mr. Risner took pictures of all the burns and told the lady CO Mrs. Knight to take me to medical. Once @ medical I was given a Icepack, and some cream the nurse said I needed to make sure to have medical staff clean & dress it daily.

#2. Once back in the dorm @ around 7:15am I walked into a dorm full of thick steam, where I couldn't see but a few feet in front of me. The maintence workers were trying to figure out what the problem was yet they couldn't at first so they shut all running water off to 8Center dorm for about 2 hrs. when they had it fixed to a safe and useable ~~temps~~ temperture they allowed all the inmates to use it at their will.

1-2-2

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

I would like to also state the clear & simple fact, that GSC complex at Westville correctional facility is a state ran offender housing prison. It is considered "Condemned" by the board of Health. The housing facility's are all in Extreme states of disrepair, were inmates are in serious danger of being hurt daily from live wires hanging in ALOT of places, open windows w/ No glass were snow, rain, blow in the living areas and other problems that are very neglectful to all humans. ¶ Plumbing code implies that water that is used in showers should have a mix valve, or scald valve which would have prevented this from burning me as it did.

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

#3 cont. Westville maintaince failed to purge the hot steam/water system or notify offenders to avoid using the system while the steam and hot water were at extreme levels. right after the incident Maintaince was called in to shut water off until it was fixed. they came into 8center dorm at 6:30 am which only happens at extremly important inncidents like this one.

# I would like to state the clear and simple fact that GSC complex of westville correctional facility is in a serious state of disrepair, and inmates are being housed in a neglectful manner and live daily w/ the risk to physical health

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

1-3 con't

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ● After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   acknowledge and fix neglectful actions against prisoners housed in WCC, aswell as pay/compensate me for pain and suffering and hardship that come w/being hurt during a safe showering and being made to live in such conditions

[Initial Each Statement]
____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
____ I will keep a copy of this complaint for my records.
____ I will promptly notify the court of any change of address.
____ I will promptly notify the court of any filing to the court.
____ I WILL NOT send more than one copy of any filing to the court.
____ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_X_ I declare under penalty of perjury that the statements in this complaint are true.
____ I placed this complaint in the prison mail system on ___/___/20___ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____           # 230299
Signature                                 Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ⊗ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⊗ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   hold them accountable for their misdeeds as well as I would like for them to pay the agreed amount for my pain, suffering, and health

[Initial Each Statement]

JP   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
JP   I will keep a copy of this complaint for my records.
JP   I will promptly notify the court of any change of address.
JP   I WILL NOT send more than one copy of any filing to the court.
JP   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
JP   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ___/___/20___ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Jake Presley_                                              230299
Signature                                                   Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]